**B3A (Official Form 3A) (12/07)**

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Matti Lahtinen**
       **Bozena Lahtinen**                                       Case No.    **11-50210**
                                      Debtor(s)                Chapter    **7**

## ORDER MODIFYING AND APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$      **100.00**   Check one    ☐   With the filing of the petition, or
                                       ☒   On or before    **5/10/11**

$      **199.00**   on or before        **6/10/11**

      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
.

**Signed on April 11, 2011**

                                    /s/ **Thomas J. Tucker**
                                    **Thomas J. Tucker**
                                    **United States Bankruptcy Judge**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy