**B3A (Official Form 3A) (12/07)**

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Matti Lahtinen**
      **Bozena Lahtinen**     Debtor(s)     Case No. **11-50210**
                                 Chapter **7**

### ORDER MODIFYING AND APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ **100.00**   Check one   ☐ With the filing of the petition, or
                               ☒ On or before   **5/10/11**

$ **199.00**   on or before   **6/10/11**

       IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**Signed on April 11, 2011**

                                                            /s/ **Thomas J. Tucker**
                                                            Thomas J. Tucker
                                                            United States Bankruptcy Judge

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

```
                          United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                       Case No. 11-50210-tjt
Matti Lahtinen                                               Chapter 7
Bozena Lahtinen
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0645-2        User: jajac              Page 1 of 1          Date Rcvd: Apr 11, 2011
                            Form ID: pdf01           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
db/jdb       +Matti Lahtinen,   Bozena Lahtinen,   5525 Red Fox Run,   Ann Arbor, MI 48105-9371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                        **Signature:**   *Joseph Speetjens*